United States District Court
Southern District of Texas
**ENTERED**
July 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **OBIAJULU NICHOLAS EZENWABACHILI,** | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | **CIVIL ACTION NO. 4:26-cv-4345** |
| | § | |
| **DANIEL CONWAY,** *et al.*, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Plaintiff Obiajulu Nicholas Ezenwabachili filed this case in state court on May 5, 2026. On June 1, 2026, Defendants removed the case to this Court. On June 8, 2026, Defendants filed motions to dismiss Plaintiff's claims (ECF No. 4 and ECF No. 5). Defendants served Plaintiff with both the Notice of Removal and the motions to dismiss via certified mail. *See* ECF No. 7. To date, Plaintiff has not responded to the motions nor entered an appearance. Accordingly, the Court now **DISMISSES** this matter without prejudice for want of prosecution.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 8th day of July, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE